IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V., | Case No.: 1:19-cv-05161 |
| Plaintiff, | Judge Thomas M. Durkin |
| v. | Magistrate Judge Maria Valdez |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 171 | supertrademarketing |
| 26 | alex_zeng |
| 27 | angelina_baby |
| 29 | bear_baby |
| 30 | kidsstore11 |
| 31 | zwq1122 |
| 315 | melee |
| 70 | Fine777 |
| 71 | jyzg |
| 317 | mobileitem |
| 301 | ivytrade1125 |
| 333 | Senden |
| 337 | Starone |
| 309 | Lakeball |

DATED:  October 4, 2019                                  Respectfully submitted,

<div style="margin-left: 3em;">

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 4, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*