IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V., | Case No.: 1:19-cv-05161 |
| Plaintiff, | Judge Thomas M. Durkin |
| v. | Magistrate Judge Maria Valdez |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 114 | all4lives |
| 129 | dailysales345 |
| 59 | cartoonkingdom |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 28, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Yanling Jiang*
　　　　　　　　　　　　　　　　　　　　　Yanling Jiang (Bar No. 6309336)
　　　　　　　　　　　　　　　　　　　　　JiangIP LLC
　　　　　　　　　　　　　　　　　　　　　111 West Jackson Blvd.
　　　　　　　　　　　　　　　　　　　　　Suite 1700
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　　Telephone: 312-675-6297
　　　　　　　　　　　　　　　　　　　　　Email: yanling@jiangip.com

　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 28th day of October, 2019. Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

　　　　　　　　　　　　　　　　　　　　　*Ollie B. Jones*
　　　　　　　　　　　　　　　　　　　　　Notary Public

　　　　　　　　　　　　　　　　　　　　　State of  Illinois
　　　　　　　　　　　　　　　　　　　　　County of  Cook